**HEALTHPORT CORPORATION,
Plaintiff–Appellant,**

v.

**TANITA CORPORATION OF
AMERICA, Defendant–
Cross Appellant.**

**Nos. 2008–1456, 2008–1478.**

United States Court of Appeals,
Federal Circuit.

May 11, 2009.

Frank Frisenda, Frisenda, Quinton & Nicholson, of Los Angeles, CA, argued for plaintiff-appellant.

Joel M. Freed, McDermott Will & Emery LLP, of Washington, DC, argued for defendant-cross appellant. With him on the brief were Kenneth L. Cage, Natalia V. Blinkova, and Bureden J. Warren.

SCHALL, GAJARSA, and MOORE, Circuit Judges.

PER CURIAM.

## Judgment

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.